DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD M. SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1594

[October 3, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 10-648CF10A.

Richard M. Smith, Lake Butler, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GERBER and FORST, JJ., concur.

\*  \*  \*

***Not final until disposition of timely filed motion for rehearing.***